# Exhibit C

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back    Location : All Courts   Images

# REGISTER OF ACTIONS
## CASE NO. C-1996-22-B

| | | |
|---|---|---|
| **Carlos Martinez VS. Space Exploration Technologies Corp** | § § § § § | Case Type: **All Other Civil Cases (OCA)**<br>Date Filed: **05/31/2022**<br>Location: **93rd District Court** |

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Defendant** | Space Exploration Technologies Corp | | **RAMON D. BISSMEYER**<br>*Retained*<br>210-554-5500(W) |
| | | | Pro Se |
| **Plaintiff** | Martinez, Carlos | | **DANIEL E. VARGAS**<br>*Retained*<br>956-287-3743(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
- 05/31/2022 **Original Petition (OCA)**
- 06/01/2022 **Citation By Certified Mail**
  - Space Exploration Technologies Corp     Unserved
- 06/01/2022 **Citation Issued**
- 06/21/2022 **Defendant's Original Answer**
  - AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S ORIGINAL PETITION, SUBJECT TO MOTION TO COMPEL ARBITRATION

---

### FINANCIAL INFORMATION

| | | |
|---|---|---:|
| **Plaintiff** Martinez, Carlos | | |
| Total Financial Assessment | | 450.00 |
| Total Payments and Credits | | 450.00 |
| **Balance Due as of 06/24/2022** | | **0.00** |
| 05/31/2022 | Transaction Assessment | 450.00 |
| 05/31/2022 | EFile Payments from TexFile  Receipt # DC-2022-008761  Martinez, Carlos | (313.00) |
| 05/31/2022 | State Credit | (137.00) |