# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ,**<br>      **Plaintiff,**<br><br>**v.**<br><br>**SPACE EXPLORATION**<br>**TECHNOLOGIES CORP a/k/a SPACEX,**<br>      **Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No.:  7:22-CV-208 |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81, Defendant Space Exploration Technologies Corp., submits this Index of Matters Being Filed with its Notice of Removal:

Exhibit A – All executed process in this case

Exhibit B – All pleadings and answers to such pleadings in this case

Exhibit C – The docket sheet

Exhibit D – Index of matters being filed

Exhibit E – A list of all counsel of record, including addresses, telephone numbers, and parties represented

Exhibit F – Defendant's Notice of Removal filed in Hidalgo County