# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ,**<br>　　　　Plaintiff,<br><br>v.<br><br>**SPACE EXPLORATION TECHNOLOGIES CORP a/k/a SPACEX,**<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　　Civil Action No.:　  7:22-CV-208　<br>§<br>§<br>§<br>§ |

## LIST OF ALL COUNSEL OF RECORD

　　　　Pursuant to Local Rule 81, Defendant Space Exploration Technologies Corp., submits this List of All Counsel of Record with its Notice of Removal:

| **COUNSEL FOR PLAINTIFF**<br>**CARLOS MARTINEZ**<br><br>　　Daniel E. Vargas<br>　　TX State Bar No. 24072403<br>　　thevargaslawoffice@gmail.com<br>　　The Vargas Law Office<br>　　324 W. University Drive<br>　　Edinburg, Texas 78539<br>　　Tel. (956) 287-3743<br>　　Fax. (956) 365-9771 | **COUNSEL FOR DEFENDANT**<br>**SPACE EXPLORATION**<br>**TECHNOLOGIES CORP. a/k/a**<br>**SPACEX**<br><br>　　Ramon D. Bissmeyer<br>　　TX State Bar No. 00787088<br>　　So. Dist. Bar No. 17446<br>　　RBissmeyer@dykema.com<br>　　Kelly E. Preston<br>　　TX State Bar No. 24092912<br>　　So. Dist. Bar. No. 3110232<br>　　KPreston@dykema.com<br>　　Dykema Gossett PLLC<br>　　Weston Centre, 112 E. Pecan Street, Suite 1800<br>　　San Antonio, Texas 78205<br>　　Tel:  (210) 554-5500<br>　　Fax:  (210) 226-8395 |