# Exhibit F

CAUSE NO. C-1996-22-B

| | | |
|---|---|---|
| CARLOS MARTINEZ,<br>      Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 93rd JUDICIAL DISTRICT |
| SPACE EXPLORATION<br>TECHNOLOGIES CORP<br>a/k/a SPACEX,<br>      Defendant. | §<br>§<br>§<br>§<br>§ | HIDALGO COUNTY, TEXAS |

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given that Space Exploration Technologies Corp. a/k/a SpaceX, Defendant in the above-styled and numbered cause, has on this date filed its Notice of Removal with the United States District Court for the Southern District of Texas, McAllen Division. A true and correct copy of the Notice of Removal (without attachments) is attached hereto as Exhibit "A". Pursuant to 28 U.S.C. § 1446(d), Defendant files this Notice of Filing Notice of Removal with this Court.

Respectfully submitted,

**DYKEMA GOSSETT, PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile:   (210) 226-8395

By:  */s/ Ramon D. Bissmeyer*
       **Ramon D. Bissmeyer**
       Texas State Bar No. 00787088
       Email:  RBissmeyer@dykema.com
       **Kelly E. Preston**
       Texas State Bar No. 24092912
       Email:  KPreston@dykema.com

**ATTORNEYS FOR DEFENDANT,**
**SPACE EXPLORATION TECHNOLOGIES CORP.**

4883-5148-8294.2

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and served it on the following counsel of record via email as indicated below:

Mr. Daniel E. Vargas
**The Vargas Law Office**
324 W. University Drive
Edinburg, Texas 78539
Email:  thevargaslawoffice@gmail.com

                                */s/ Ramon D. Bissmeyer*
                                **Ramon D. Bissmeyer**

4883-5148-8294.2