UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ,**<br>Plaintiff,<br><br>v.<br><br>**SPACE EXPLORATION TECHNOLOGIES CORP a/k/a SPACEX,**<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Civil Action No.: 7:22-cv-00208 |

### DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Space Exploration Technologies Corp. ("Defendant" or "SpaceX"), Defendant in the above-styled and numbered cause, and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order dated June 30, 2022 (Doc. 2), hereby files this corporate disclosure statement.

Defendant is not a publicly traded company. Pursuant to FED. R. CIV. P. 7(a)(1), Defendant states that Defendant has no parent company and that no publicly held corporation owns 10% or more of Defendant's stock.

Defendant certifies that the following persons or entities have a financial interest in the outcome of this litigation as indicated by the current state of the pleadings:

1. Carlos Martinez
   Plaintiff
   Residence: Brownsville, Texas[1]

2. Daniel E. Vargas
   The Vargas Law Office
   Plaintiff's Attorney
   Principal place of business: Edinburg, Texas

---

[1] Defendant is unsure of Plaintiff's current place of residence. However, Plaintiff's Original Petition only indicates that he "resides in Cameron County, Texas" (Pl.'s Orig. Pet. at 1 (Para. 2)), and Plaintiff's Charge of Discrimination, filed with the EEOC, identifies a "Street Address" for Plaintiff of 3805 Ridge Trail, Brownsville, Texas 78520.

3. Space Exploration Technologies Corp.
    Defendant
    Principal place of business:  Hawthorne, California

DATED: July 14, 2022					Respectfully submitted,

					**DYKEMA GOSSETT PLLC**


					<u>*/s/ Ramon D. Bissmeyer*</u>
					**Attorney In Charge**
					TX State Bar No. 00787088
					So. Dist. Bar No. 17446
					**Kelly E. Preston, Of Counsel**
					TX State Bar No. 24092912
					So. Dist. Bar. No. 3110232
					Weston Centre, 112 E. Pecan Street, Suite 1800
					San Antonio, Texas 78205
					Telephone:  (210) 554-5500
					Fax:  (210) 226-8395
					RBissmeyer@dykema.com
					KPreston@dykema.com

					**ATTORNEYS FOR DEFENDANT**
					**SPACE EXPLORATION TECHNOLOGIES**
					**CORP.**

2

123316.000001  4874-2291-3577.2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and served it on the following counsel of record via email as indicated below:

    Mr. Daniel E. Vargas
    **The Vargas Law Office**
    324 W. University Drive
    Edinburg, Texas 78539
    Email:  thevargaslawoffice@gmail.com

                                                  */s/ Ramon D. Bissmeyer*
                                                  **Ramon D. Bissmeyer**

123316.000001  4874-2291-3577.2