**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **CARLOS MARTINEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 7:22 –cv–00208** |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP** | § | |
| **a/k/a SPACEX.,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

NOW COMES the undersigned counsel for plaintiff and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff, CARLOS MARTINEZ, and Counsel for Plaintiff Daniel E. Vargas.

2. Defendant, SPACE EXPLORATION TECHNOLOGIES CORP a/k/a SPACEX., and Counsel for Defendant Ramon D. Bissmeyer.

Respectfully submitted,

**THE VARGAS LAW OFFICE**

324 W University Drive,
Edinburg, Texas 78539
TEL: (956)287-3743
Email: thevargaslawoffice@gmail.com

By: _____
Daniel E. Vargas
Texas Bar No. 24072403
S.D. of Texas Bar No. 1286250

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Certificate of Interested Parties was served pursuant to the Court's ECF system on this 15th day of July 2022, to the following:

Ramon D. Bissmeyer
**DYKEMA GOSSETT PLLC**
Weston Centre, 112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Email: RBissmeyer@dykema.com

Attorney for Defendant

_____
Daniel E. Vargas